UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :        **ORDER**
                                    :
Curtis Ellington                    :        23 CR 255 (PMH)
            Defendants.             :
                                    :
-----------------------------------------------------------x

An <u>Initial Conference</u> is scheduled for <u>June 12, 2023 at 12:00 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: June 2, 2023            SO ORDERED:

                               *[signature]*
                               Philip M. Halpern, U.S.D.J