# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2024

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Curtis Ellington**
**23 Cr. 255 (PMH)**

---

*Application granted. The status conference scheduled for May 8, 2024 is adjourned to June 20, 2024 at 11:00 a.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. The Government shall file a proposed order to exclude time under the Speedy Trial Act.*

*SO ORDERED.*

*Philip M. Halpern*
*United States District Judge*

*Dated: White Plains, New York*
*May 6, 2024*

---

Dear Honorable Halpern:

    I am writing, with the consent of the Government, to respectfully ask that Your Honor please adjourn Mr. Ellington's upcoming pretrial conference (scheduled for May 8, 2024) for 30 to 60 days. The purpose of this request is to allow Mr. Ellington time to consider the Government's response to our mitigation submission. As background, in late March I provided the Government with a mitigation submission and last week the Government got back to me and explained its view regarding a potential disposition. I have not yet been able to get to the jail to discuss the Government's position with Mr. Ellington, which is why I am requesting this adjournment. I have spoken to AUSA Marcia Cohen, and she does not object to this request. If granted, I would, of course, consent to the exclusion of time.

    Thank you for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Marcia Cohen