UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :

v.                                                            :        **SCHEDULING ORDER**

CURTIS ELLINGTON,                     :        7-23-cr-00255- PMH

                 Defendant.          :
-----------------------------------------------------------x

The status conference scheduled for June 20, 2024 is re-scheduled to June 17, 2024 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       May 7, 2024

_____
Philip M. Halpern
United States District Judge