# Federal Defenders
## OF NEW YORK, INC.

Southern District
Suite 300
NY 10601
948-5109

Tamara L. Giwa
*Executive Director*

L. Brown
n-Charge

---

> Application granted. The status conference scheduled for October 1, 2024 is adjourned to November 13, 2024 at 2:30 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. The Government shall file a proposed order to exclude time under the Speedy Trial Act. By November 6, 2024, the parties shall advise the Court whether the status conference should be converted to a change of plea hearing.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 30, 2024

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Curtis Ellington**
23 Cr. 00255 (PMH)

Dear Honorable Halpern:

I am writing, with the consent of the Government, to respectfully ask that Your Honor please adjourn Mr. Ellington's upcoming conference, which is scheduled for October 1, 2024, to a date in November. The reason for this request is to allow Mr. Ellington to further consider whether to take a plea and to allow me to continue my ongoing discussions with the Government about a potential resolution. Both AUSA Cohen and I have been communicating with chambers and our understanding is that November 13, 2024 at 2:30pm is available. I thank you for your consideration and consent to the exclusion of time.

Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc: A.U.S.A Marcia Cohen