UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA               :
                                       :
v.                                     :     **SCHEDULING ORDER**
                                       :
CURTIS ELLINGTON,                      :     7-23-cr-00255- PMH
                                       :
            Defendant.                 :
------------------------------------------------------------x

The status conference scheduled for November 13, 2024 is re-scheduled to November 25, 2024 at 9:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       November 13, 2024

_____
Philip M. Halpern
United States District Judge