

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :         23 CR 255 (PMH)
    - v. -                        :
                                  :         ORDER
CURTIS ELLINGTON                  :

        Defendant                 :
                                  :
-------------------------------------------------------------x

     It is hereby ORDERED that Sara Liebert, Psy. D. and/or her associates with Empire State Forensics, be allowed entrance into the Essex County Correctional Facility, Newark, NJ, in order to conduct a psychosexual evaluation of the above defendant and that they be permitted to enter with two laptops that will be used to administer the necessary tests.

     SO ORDERED,

Dated: White Plains, New York
      April 21, 2025

                                      _____
                                      Honorable Phillip M. Halpern
                                      U.S. District Judge