

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

Curtis Ellington,

               Defendant

------------------------------------------------------------X

0208 7:23CR00255- 001 (PMH)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $5,500.00, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: White Plains, New York
       June 24, 2025

*(signature)*

Honorable Philip M. Halpern
U.S. District Judge

# Superbill



**Empire State Forensics**
Evaluation, Treatment, and Consultation Services

**Empire State Forensics LCSW, P.C.**

Date: 18 June 2025
Invoice No.: 8665
For Questions Call: 9143412039

Curtis Ellington

Empire State Forensics LCSW, P.C
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 06/18/2025 | Psychosexual Evaluation and Report | 11 | 1 | $5,500.00 |
| | | | Total Charges: | $5,500.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $5,500.00
**Balance Due:** $5,500.00

**Billing Provider:** Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

**Rendering Provider:** Clinician Shoshanna Must, PhD
NPI #: 1295885275

**Client:** Name: Curtis Elling[ton]

Footnote: