UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **SCHEDULING ORDER**
v.                                :
                                  :
CURTIS ELLINGTON,                 :    7-23-cr-00255- PMH
                                  :
            Defendant.            :
------------------------------------------------------------x

Due to a scheduling conflict, the Sentencing Hearing scheduled for September 11, 2025 is re-scheduled to September 12, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       July 21, 2025

_____
Philip M. Halpern
United States District Judge