UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :
v.                               :     **SCHEDULING ORDER**
                                 :
CURTIS ELLINGTON,                :     7-23-cr-00255- PMH
                                 :
           Defendant.            :
------------------------------------------------------------x

Due to a scheduling conflict, the Sentencing Hearing scheduled for September 12, 2025 is re-scheduled to September 10, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       August 25, 2025

_____
Philip M. Halpern
United States District Judge